UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL W. KELLER,<br><br>      Plaintiff,<br> v.<br><br>WASHOE COUNTY, *et al.*,<br><br>      Defendants. | Case No. 3:25-cv-00104-MMD-CSD<br><br>ORDER |

On May 14, 2025, the Court dismissed this case without prejudice due to Plaintiff Daniel W. Keller's failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis*. (ECF No. 4.) The Court's order came back as undeliverable to the address that Keller had provided the Court. (ECF No. 8.) The Court notes that the advisory letter sent to Keller when he initiated the case informed him that he "should immediately file with the Court written notification of any change of address." (ECF No. 2 at 1.)

Keller has now filed a notice of change of address stating that he has been transferred to Northern Nevada Correctional Center. (ECF No. 9.) In light of Keller's pro se status, the Court will direct the Clerk of Court to send him a one-time courtesy copy of the Court's dismissal order.

Accordingly, it is hereby ordered that the Clerk of Court is directed to send Plaintiff Daniel Keller a courtesy copy of the Court's dismissal order (ECF No. 4).

DATED THIS 23rd Day of June 2025

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE